**MEMO ENDORSED**

LAW OFFICE OF WILLIAM COUDERT RAND
228 East 45th Street, 17th Floor
New York, New York 10017
(Phone) 212-286-1425; (Fax) 212-688-3078
email: wcrand@wcrand.com

RECEIVED JUN 01 2012 CHAMBERS OF JUDGE GRIESA

May 31, 2012

Hon. Thomas P. Griesa, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **Smith, et al. vs. I.M.S. Service Corp., et al.**
**Civ. No. : 11-cv-9551**

Dear Judge Griesa:

This firm represents Michael Smith, Terrence Daniels, Allen McNeal, Ramon Padilla, Joseph Theodore, and Cyril Lammie (collectively referred to as "Plaintiffs") in the above-referenced matter.

Please be advised that the parties have reached a settlement in principle and are currently working towards finalizing the terms of the agreement. Accordingly, the Parties would like to request an adjournment of Defendants' response to the Motion to Approve the FLSA Collective Action Notice (currently returnable on June 30, 2012) for 30 days, during which the Parties expect to finalize the settlement and file a stipulation of dismissal.

The Court's attention to this matter is appreciated.

Respectfully submitted,

William C. Rand

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/12

cc:
Keith A. Reinfeld
FOX ROTHSCHILD LLP
75 Eisenhower Parkway
Roseland, New Jersey 07068
Attorneys for Defendants
(Phone) (973) 992-4800; (Fax) (973) 992-9125
kreinfeld@foxrothschild.com

*Approved.*
*Thomas P. Griesa*
*USDJ*
*6/6/12*

RL1 1035435v1